**Woodrow ADMIRE, Respondent,**

v.

**TREASURER OF MISSOURI as Custodian of Second Injury Fund, Appellant.**

**No. WD 61327.**

Missouri Court of Appeals, Western District.

Dec. 17, 2002.

Shelly E. Moore, Kansas City, MO, for Appellant.

Elizabeth D. Baker, Kansas City, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

The Treasurer of Missouri, as custodian of the Second Injury Fund (SIF), appeals the award of the Labor and Industrial Relations Commission ordering the SIF to pay benefits to Mr. Woodrow Admire for permanent total disability.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).